# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** _____     **Investigating Agency** FBI

**City** North Dighton     **Related Case Information:**

**County** Bristol

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-4242, 4243, 4244, 4292
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Jack Douglas Teixeira    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) North Dighton, MA

**Birth date (Yr only):** 2001   **SSN (last4#):** 6392   **Sex** M   **Race:** W   **Nationality:** US

**Defense Counsel if known:** Josh Hayne    **Address** 51 Sleeper Street, Boston, MA

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Nadine Pellegrini    **Bar Number if applicable** 545606

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date** _____

☑ Already in Federal Custody as of 04/13/2023 in Massachusetts .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 04/14/2023    **Signature of AUSA:** /s/ *Nadine Pellegrini*

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     Jack Douglas Teixeira

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 793(b) and (d) | Unauthorized retention and transmission of national defense information | |
| Set 2 | 18 U.S.C. § 1924 | Unauthorized removal and retention of classified documents or material | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____