AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
| JACK DOUGLAS TEIXEIRA | ) | Case No.  1:23-mj-04293-DHH |
|  | ) |  |
| *Defendant* | ) |  |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 04/19/2023

*Defendant's signature*

*Signature of defendant's attorney*

Brendan Kelley-MA  569054
*Printed name and bar number of defendant's attorney*

51 Sleeper Street
5th Floor
Boston, MA  02210

*Address of defendant's attorney*

Brendan_kelley@fd.org
*E-mail address of defendant's attorney*

617-223-8061
*Telephone number of defendant's attorney*

617-223-8080
*FAX number of defendant's attorney*