```
                                                          STUDENT NAME:  TEIXEIRA, JACK D
   JACK TEIXEIRA                                          STUDENT ID: XXXXX6392
                                                          DOB: 21-Dec-XXXX
                                                          SEX: M
```

---

REGISTERED FOR    0IYY  INFORMATION SYSTEMS TECHNOLOGY                 15-Nov-2019

---

| AIR FORCE COURSE NO | TITLE | DATE COMPLETED (OR RECORDED) | | |
| CCAF COURSE CODE | TITLE | | SEM HRS | GRADE |
|---|---|---|---|---|
| MABM9T000 00AC | USAF BASIC MILITARY TRAINING | LACKLAND AFB  13-Aug-2020 | | |
| LMM1000 | BASIC MILITARY STUDIES | | 5.00 | S |
| 3AQR3D132 02AB | INFORMATION TECHNOLOGY FUNDAMENTALS | KEESLER AFB  16-Feb-2021 | | |
| IST1102 | COMPUTER SYSTEM FAMILIARIZATION | | 2.00 | S |
| IST1103 | NETWORK FUNDAMENTALS | | 4.00 | S |
| IST1104 | CYBER SECURITY | | 2.00 | S |
| IST1105 | GENERAL MAINTENANCE TRAINING | | 1.00 | S |
| 3AQR3D132 01AD | CYBER TRANSPORT SYSTEMS | KEESLER AFB  29-Apr-2021 | | |
| IST1024 | NETWORK FUNDAMENTALS II | | 3.00 | S |
| IST1025 | ADVANCED NETWORKING | | 5.00 | S |
| IST1026 | ADVANCED NETWORKING II | | 3.00 | S |
| IST1103 | NETWORK FUNDAMENTALS | | 3.00 | S |
| IST1104 | CYBER SECURITY | | 4.00 | S |
| IST1105 | GENERAL MAINTENANCE TRAINING | | 2.00 | S |

****************************************** LAST ENTRY ******************************************
ALL VALID ENTRIES ARE IN THIS TYPE FONT: ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789

PAGE 1 OF 1

1/nhernandez/ISSUED AS OFFICIAL -- ANNOTATE IF GIVEN TO STUDENT



ASHALANA L. MODYGO, CAPT, USAF                                    22-Jul-2022
REGISTRAR, ENROLLMENT MANAGEMENT          FICE:  012308          DATE OF ISSUE


ASHALANA L. MODYGO, Capt, USAF
REGISTRAR, ENROLLMENT MANAGEMENT

**Transcript Legend**
Air University – Community College of the Air Force
Office of the Registrar
100 South Turner Blvd.
Maxwell AFB-Gunter Annex, AL 36114
registrar.ccaf@us.af.mil

