UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-4293-DHH |
| | ) |
| JACK DOUGLAS TEIXEIRA | ) |

**DEFENDANT JACK DOUGLAS TEIXEIRA'S
DETENTION HEARING**

Exhibit 1

**Photographs of Jack Teixeira's arrest**

Case 1:23-cr-10159-IT   Document 20-1   Filed 04/27/23   Page 2 of 5







