

**DEPARTMENT OF THE AIR FORCE**
**102D INTELLIGENCE WING (ACC)**
**MASSACHUSETTS AIR NATIONAL GUARD**
**OTIS AIR NATIONAL GUARD BASE MASSACHUSETTS**

15 Sep 2022

MEMORANDUM FOR RECORD

FROM: 101IS/OPs

SUBJECT: A1C Jack Teixeira

1. On 15 September 22, MSgt H▮▮▮ was made aware that A1C Jack Teixeira of the 102 ISS had been observed taking notes on classified intelligence information in the 102d SCIF (BLDG 169). SSgt K▮▮▮ told MSgt H▮ that he observed A1C Teixeira put the note into his pocket and at that time asked A1C Teixeira if he planned to shread it. On 15 September 22, SMSgt H▮▮▮ and MSgt H▮▮ met with A1C Teixeira to discuss the incident. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. A1C Teixeira has been instructed to no longer take notes in any form on classified intelligence information. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

ATTACHMENT

B-1