

**DEPARTMENT OF THE AIR FORCE**
**102D INTELLIGENCE WING (ACC)**
**MASSACHUSETTS AIR NATIONAL GUARD**
**OTIS AIR NATIONAL GUARD BASE MASSACHUSETTS**

27 Oct 2022

MEMORANDUM FOR RECORD

FROM: 101IS/OPs

SUBJECT: A1C TEIXEIRA

1. On 25 Oct 22, MSgt H▮▮▮▮ was made aware that A1C Teixeira was potentially ignoring the cease-and-desist order on deep diving into intelligence information given on 15 Sep 22. On 20 Oct 22, A1C Teixeria attended the ISS morning meeting where the weekly CIB was being given by SSgt C▮▮▮▮ and upon SSgt C▮▮▮▮ finishing his brief, A1C Teixeria proceeded to ask very specific questions and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ On 26 Oct 22, when asked if he had been accessing JWICs to look up classified intelligence information, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2. A1C Teixeira has been instructed by SMSgt H▮▮▮▮ to continue to cease-and-desist on any deep dives into classified intelligence information and focus on his job as a 1D. Additionally, he was offered the opportunity to explore cross training into 1N0 or 1N4 AFSCs but declined any cross training oppurtunity at this time.

**ATTACHMENT**

**B-2**