

**ATTACHMENT C**



# CERTIFICATE OF COMPLETION

Unauthorized Disclosure (UD) of Classified Information and CUI

Jack Teixeira

Heather Mardaga
Director, CDSE

March 24, 2023