UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) Docket No.: 23-mj-04293 |
| | ) |
| | ) |
| JACK DOUGLAS TEIXEIRA | ) |

**MOTION TO APPOINT ADDITIONAL COUNSEL PURSUANT TO THE CJA**

Jack Teixeira, through undersigned counsel, moves this Court pursuant to 18 U.S.C. § 3006A(a)(3), and District of Massachusetts General Order 21-11, for its order appointing additional counsel under the CJA in this matter. Mr. Teixeira is currently charged by complaint with offenses under the Espionage Act, the complexity of which this Court is aware. At the initial appearance in this matter on April 14, 2023, the Court reviewed Mr. Teixeira's financial affidavit and determined he qualified for court-appointed representation. Additional appointment of a private attorney under the CJA in this case is permissible under 18 U.S.C. § 3006A(a)(3). In order to "provide high-quality representation consistent with the best practices of the legal profession and commensurate with those services rendered when counsel is privately retained," additional appointment of CJA counsel is necessary here because of the complexity and nature of this prosecution and the nature of the evidence and procedures involved. [*See* General Order 21-11 at 2]. Undersigned counsel will submit the name of recommended CJA counsel in current possession of a TS/SCI clearance to the Court's clerk separately.

In support of this motion, undersigned further moves separately and pursuant to Local Rule 7.2 that this Court permit the filing of an affidavit of currently assigned counsel in support of this request *ex parte* and under seal.

>                                    Respectfully submitted,
>
>                                    JACK TEIXEIRA
>                                    By his attorneys
>
>                                    */s/ Brendan Kelley*
>                                    Brendan Kelley,
>                                    Assistant Federal Public Defender
>
>                                    */s/ Allen Franco*
>                                    Research & Writing Attorney
>
>                                    Federal Public Defender Office
>                                    51 Sleeper Street, 5th Floor
>                                    Boston, MA  02210
>                                    Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 2, 2023.

>                                    */s/ Brendan Kelley*
>                                    Brendan Kelley