UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) Docket No.: 23-mj-04293-DHH <br> ) <br> ) |
| JACK DOUGLAS TEIXEIRA | ) |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Undersigned counsel moves this Court pursuant to Local Rule 83.5.3 for its order admitting Attorney Michael K. Bachrach *pro hac vice* as co-counsel to represent Mr. Teixeira in this matter under the CJA.

Mr. Bachrach is admitted to practice and a member in good standing in each of the State of New York, State of Minnesota, and the District of Columbia, all as stated in his affidavit attached hereto.

Respectfully submitted,

JACK TEIXEIRA
By his attorneys

*/s/ Brendan Kelley*
Brendan Kelley,
Assistant Federal Public Defender

*/s/ Allen Franco*
Research & Writing Attorney


Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 5, 2023.

*/s/ Brendan Kelley*
Brendan Kelley