# Criminal Case Cover Sheet

U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI

**City** North Dighton

**County** Bristol

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number 23-4293-DHH
Search Warrant Case Number See below
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Jack Douglas Teixeira    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) North Dighton, MA

**Birth date (Yr only):** 2001   **SSN (last4#):** 6392   **Sex** M   **Race:** W   **Nationality:** US

**Defense Counsel if known:** Brendan Kelley    **Address** 51 Sleeper Street, Boston, MA

**Bar Number** _____

## U.S. Attorney Information:

**AUSA** Nadine Pellegrini    **Bar Number if applicable** 545606

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

## Location Status:

**Arrest Date** 04/13/2023

☑ Already in Federal Custody as of 04/13/2023 in Plymouth County
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 6

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 06/15/2023    **Signature of AUSA:** /s/ *Nadine Pellegrini*

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Jack Douglas Teixeira

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 793(e) | Willful Retention and Transmission of National Defense Information | 1 through 6 |
| Set 2 | 18 U.S.C. §§981(a)(1)(c), 793(h), and 28 U.S.C. § 2461(c) | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   23-4242-DHH, 23-4243-DHH, 23-4244-DHH, 23-4292-DHH, 23-4295-DHH, 23-4296-DHH, 23-4297-DHH, 23-4301-DHH