UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK DOUGLAS TEIXEIRA,<br><br>Defendant. | No. 23-cr-10159<br><br>ORDER APPOINTING<br>CLASSIFIED INFORMATION<br>SECURITY OFFICER |

# ORDER

The Court has been made aware that this case will involve the use and discovery of classified information. Federal law explicitly provides that federal courts must have security procedures for the handling of classified information. *See* Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980). Pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, the Court HEREBY APPOINTS Harry J. Rucker, Security Specialist, as the Classified Information Security Officer in the above-captioned matter.

The Court FURTHER APPOINTS Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Winfield S. Slade as Alternate Court Security Officers in the above-captioned matter.

**IT IS SO ORDERED.**

_____
Hon. Indira Talwani
United States District Judge

Dated: _____