UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant | CRIMINAL No. 23-10159-IT |

ASSENTED TO MOTION FOR PROTECTIVE ORDER PURSUANT TO SECTION 3 OF
THE CLASSIFIED INFORMATION PROCEDURES ACT

Pursuant to Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. III (CIPA), the "Revised Security Procedures Established Pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information" ("Security Procedures") (reprinted after CIPA Section 9), Rules 16 and 57 of the Federal Rules of Criminal Procedure, and the general supervisory powers of the Court, and to protect the national security, the United States moves for the attached proposed Protective Order regarding the disclosure and dissemination of classified national security information.

During the litigation of this case, the Defendant and his counsel will be provided access to United States Government documents and information that have been classified for reasons of national security. The Defendant previously held a Top Secret security clearance with access to sensitive compartmented information. To acquire his security clearance, the Defendant signed a lifetime binding non-disclosure agreement. The Defendant also signed additional agreements to obtain access to certain sensitive compartmented information. The government is entitled to enforce these agreements to maintain the confidentiality of classified information. Moreover,

because the allegations in this case involve breaches of agreements the Defendant entered into regarding the handling of classified information, the government submits that the Defendant must sign the Memorandum of Understanding.

Counsel for the Defendant have reviewed the proposed Protective Order and related Memorandum of Understanding and consent to both as drafted. The proposed Protective Order and Memorandum of Understanding have been reviewed by the Classified Information Security Officer (CISO) assigned to this matter.

WHEREFORE, the Government respectfully requests, with the assent of defense counsel, that the Court issue the attached Protective Order.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Date: July 6, 2023                By:   */s/ Jared C. Dolan*
                                        NADINE PELLEGRINI
                                        JARED C. DOLAN
                                        JASON A. CASEY
                                        Assistant United States Attorneys
                                        District of Massachusetts

                                        CHRISTINA A. CLARK
                                        Trial Attorney
                                        National Security Division
                                        United States Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                        /s/ Jared C. Dolan
                                        Jared C. Dolan
                                        Assistant United States Attorney

Date: July 6, 2023