UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant | CRIMINAL No. 23-10159-IT |

ASSENTED TO MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE
PURSUANT TO SECTION 2 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

    The United States of America, by and through undersigned counsel, respectfully moves the Court to continue the pretrial conference, currently set for Monday, July 10, 2023, for two weeks, to Monday, July 24, 2023. Due to weather-related flight cancellations, neither the Classified Information Security Officer nor Department of Justice attorney Christina Clark, both of whom are based in Washington, D.C., are able to be present.

    Pending the Court's issuance of the Assented to Motion for Protective Order, the government nevertheless intends to provide cleared defense counsel with an initial production of classified discovery in lieu of the pretrial conference.

WHEREFORE, the Government respectfully requests, with the assent of defense counsel, that the Court grant the requested continuance.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Date: July 9, 2023          By: */s/ Christina A. Clark*
NADINE PELLEGRINI
JARED C. DOLAN
JASON A. CASEY
Assistant United States Attorneys
District of Massachusetts

CHRISTINA A. CLARK
Trial Attorney
National Security Division
United States Department of Justice

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                              /s/ Christina A. Clark
                                              Christina A. Clark
                                              Assistant United States Attorney

Date: July 9, 2023