UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-CR-10159 |
| | ) |
| JACK DOUGLAS TEIXEIRA | ) |

**DEFENDANT JACK DOUGLAS TEIXEIRA'S
DETENTION APPEAL**

**Exhibit 1**

**Arrest Photos**







Jack Teixeira is taken into custody outside a Dighton home.  WBZ-TV



This image made from video provided by WCVB-TV, shows Jack Teixeira, in T-shirt and shorts, being taken into custody by armed tactical agents on Thursday, April 13, 2023, in Dighton, Mass. (WCVB-TV via AP) UNCREDITED/ASSOCIATED PRESS