## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-CR-10159 |
| | ) |
| JACK DOUGLAS TEIXEIRA | ) |

## **DEFENDANT JACK DOUGLAS TEIXEIRA'S** <br> **DETENTION APPEAL**

Exhibit 7

Birchum Conditions

United States v. Robert Birchum

23-CR-32-KKM-TGW

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES

Case No. 8:23-cr-32-KKM-TGW                Date:   FEBRUARY 21, 2023

## HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v-<br>ROBERT BIRCHUM | AUSA CHERIE KRIGSMAN<br><br>RET ERIC ROPER ESQ. |
| Deputy Clerk: Amanda Craig<br>Court Reporter: N/A<br>Interpreter: N/A | Time: 2:44-3:36 (52 min.)<br>Courtroom 12A<br>Tape: Digital |

**PROCEEDINGS: INITIAL APPEARANCE-CHANGE OF PLEA HEARING-BOND HEARING**

( X )   Defendant sworn

( X )   Plea agreement filed

( X )   Counsel advised of <u>Brady</u> obligations under Due Process Protections Act

( X )   Waiver of indictment accepted

( X )   Plea of guilty entered as to Count One of the Information

( X )   Government to file three-level downward adjustment for acceptance of responsibility assuming defendant eligible and no adverse information received

( X )   Factual basis established

( X )   Court to recommend that guilty pleas be accepted

( X )   Referred to probation for pre-sentence investigation

( X )   Sentencing to be scheduled before Judge Kathryn K. Mizelle

( X )   Bond/Detention:

   Government: Requests defendant to be released on conditions recommended in the Pretrial Service report.

   Defendant: Does not object to conditions recommended.

DEFENDANT EXHIBIT 7

        Court: Defendant to be released on his own recognizance with conditions of release. Order to be filed.

( X )   Defendant to report to the USMS for processing and then will be released from there upon the completion of bond paperwork.