UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-CR-10159 |
| | ) |
| JACK DOUGLAS TEIXEIRA | ) |

**<u>DEFENDANT JACK DOUGLAS TEIXEIRA'S</u>**
**<u>DETENTION APPEAL</u>**

**Exhibit 10**

**Ring Cameras**





