UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:23-cr-10159 |
| ) | |
| JACK DOUGLAS TEIXEIRA ) | |

### DEFENDANT'S SUPPLIMENT TO APPEAL OF DETENTION ORDER

Jack Teixeira, by and through undersigned counsel, hereby supplements his Appeal of Magistrate Judge's Order on Detention. (Doc. No. 77).

Mr. Teixeira filed his appeal on Monday, July 17, 2023. Subsequently, the government provided defense counsel with unclassified discovery on the evening of July 19. That discovery contained a report of an interview that took place between the government and a member of the online community where Mr. Teixeira allegedly leaked national security information. The interview took place on May 9, 2023, and was attended by counsel of record for the government. In that interview, the subject, N.S. (a minor), stated that he brought up the prospect of Mr. Teixeira fleeing the country prior to his arrest, but that Mr. Teixeira expressly stated he would not flee. The report also documents that N.S. reported one other conversation where Mr. Teixeira again stated he would not flee. The substance of this interview was not disclosed to defense counsel even after the Magistrate's May 15 order invited supplemental briefing by May 17 (Doc. No. 32)—briefing in which the government continued to argue that Mr. Teixeira should be detained due to risk of flight. (Doc. No. 34). The contrary information obtained by the government during the May 9, 2023 interview of N.S. was also not disclosed to the Court at the May 19 hearing.

Mr. Teixeira attaches an excerpt of the government's interview with N.S. as Exhibit 14 to his detention appeal to demonstrate further that Mr. Teixeira cannot be detained pretrial because

he is not a serious risk of flight. *See* 18 U.S.C. § 3142(f)(2)(A).

                Respectfully submitted,
                Jack Teixeira
                by his attorneys

*/s/ Allen Franco*
Allen Franco
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

*/s/ Brendan Kelley*
Brendan Kelley
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

*/s/ Michael K. Bachrach*
Michael K. Bachrach
Law Office of Michael K. Bachrach
224 West 30th Street, Suite 302
New York, NY 10001
(212) 929-0592

## Certificate of Service

    I, Allen Franco, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: July 21, 2023                                            */s/ Allen Franco*
                                                                           Allen Franco