**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 23-CR-10159 |
| | ) |
| JACK DOUGLAS TEIXEIRA | ) |

<u>**DEFENDANT JACK DOUGLAS TEIXEIRA'S**</u>
<u>**DETENTION APPEAL**</u>

**Exhibit 14**

**N.S. Interview Excerpt**

FD-302a (Rev. 5-8-10)

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Interview of  NS _____ , On 05/09/2023 , Page 4 of 4



NS was worried about TEIXEIRA hiding or running from authorities. He said they discussed this and NS brought up fleeing the country, but TEIXEIRA was against it. NS also recalled a verbal conversation with TEIXEIRA's friend ████ during which they discussed how TEIXEIRA was going to get out of this and TEIXEIRA again stated he would not flee.



DEFENDANT
EXHIBIT

**14**