UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 23-cr-10159-IT |
| | ) | |
| v. | ) | |
| | ) | |
| JACK DOUGLAS TEIXEIRA, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

## GOVERNMENT'S EXHIBITS IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S APPEAL OF MAGISTRATE JUDGE'S ORDER ON DETENTION

Pursuant to the Court's Standing Order Regarding Motion Practice, the government submits the following attachments as evidentiary material in support of its Motion in Opposition to Defendant's Appeal of Magistrate Judge's Order on Detention.

Exhibit 1 – Photo of Documents on Kitchen Countertop

Exhibit 2 - Photo of Kitchen Countertop from Search of Defendant's Home

Exhibit 3 – Declaration of FBI Special Agent Luke Church

Exhibit 4 – Information Systems Policy Agreement signed by Defendant

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

/s/ *Nadine Pellegrini*
NADINE PELLEGRINI
JARED C. DOLAN
JASON CASEY
Assistant United States Attorneys

MATTHEW G. OLSEN

Assistant Attorney General

*/s/ Christina A. Clark*
CHRISTINA A. CLARK
Trial Attorney
National Security Division

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/S/ Nadine Pellegrini*
NADINE PELLEGRINI
Assistant United States Attorney