# Image of Known Counter Top



## Exhibit 2