Exhibit 3



**U.S. Department of Justice**
Federal Bureau of Investigation

### DECLARATION OF LUKE CHURCH, SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION

I, LUKE CHURCH, do hereby declare and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since August 2022.  As a Special Agent, I have received training at the FBI Academy located in Quantico, Virginia, including training on investigative methods and training specific to counterintelligence and espionage investigations.  I am currently assigned to a squad at the FBI Washington Field Office, Counterintelligence Division, where I primarily investigate counterintelligence and espionage matters.  During the course of these investigations, I have conducted or participated in witness and subject interviews, service of subpoenas, the execution of search and arrest warrants, the seizure of evidence, including computer, electronic, and email evidence, as well as requested and reviewed pertinent records.  Based on my experience and training, I am familiar with the requirements for the handling of classified documents and information.  I am also familiar with the methods used by individuals engaged in the unlawful use or disclosure of classified information.

Exhibit 3

2.      I am currently investigating the activities of JACK DOUGLAS TEIXEIRA (the "Defendant"), who has been charged with six counts of the willful retention and transmission of national defense information in violation of 18 U.S.C. § 793(e).  I have previously submitted three declarations in connection with the Defendant's detention proceedings, and I make the following statements based upon my personal knowledge and information made available to me in my official capacity.

3.      As described in my prior declarations, during the course of my investigation, I have reviewed records lawfully obtained from the social media platform where the Defendant originally posted classified national defense information (the "Social Media Platform").

4.      The Social Media Platform provided information reflecting that the Defendant posted government information in at least three separate servers.  The subscriber information reflects that one of those servers had at least 150 unique users, some of whom represented that they lived in foreign countries, and some of whom used foreign IP addresses to log on to the Social Media Platform.

5.      The records received from the Social Media Platform reflect the following interaction between the Defendant and an individual who, based on his statements and IP address, is believed to reside in a foreign country:

- 20 February 2022

> TEIXEIRA: Yo
> TEIXEIRA: You live near [foreign city] yeah?
> User: yeah
> User: village next to it
> User: why ?
> TEIXEIRA: Good
> TEIXEIRA: There will be a wave of niggers from [city in Ukraine] soon
> TEIXEIRA: When it happens
> User: so never ?
> TEIXEIRA: I'll elaborate more when I get home

Exhibit 3

TEIXEIRA: [PRESUMPTIVELY CLASSIFIED]
TEIXEIRA: That's what I was told and I did more digging and that's what
more and more people are saying

6.      In addition to reviewing information from the Social Media Platform, I was also present at the Defendant's residence during the execution of a judicially authorized search warrant.  While at the Defendant's residence, I observed certain features of the home, including the general characteristics of the granite countertops in the Defendant's kitchen.

7.      I have reviewed the photographs marked as Exhibits 1 and 2 that are appended to the Government's Opposition to Defendant's Appeal of Magistrate Judge's Order on Detention. I know that Exhibit 2 reflects a photograph of the Defendant's kitchen countertop that was taken during the execution of the search warrant described above, and it accords with my recollection of that countertop.  Exhibit 1 reflects a photograph recovered from another member of the Social Media Platform, which depicts purportedly classified information posted by the Defendant.

8.      I am also aware that granite countertops have unique patterns and characteristic that can be forensically analyzed.  The FBI's Operational Technology Division ("OTD"), which is charged with deploying state-of-the-art investigative tools to support the FBI's intelligence and investigative priorities, has reviewed certain features of the countertops in Exhibit 2 with photographs of purportedly classified information the Defendant posted on the Social Media Platform, such as those in Exhibit 1, and determined that multiple distinguishing features render the countertops a match.

9.      I have also reviewed information I received from OTD about an iPad located in the dumpster on the premises with other electronic items known to belong to the Defendant. After running multiple tests, OTD was unable to complete a review because the flash memory chip appeared to be intentionally damaged, and data was unrecoverable from the device.

Exhibit 3

10.     In addition, I am aware that, during the search of the Defendant's premises, portions of a computer tower and its fans were located in a dumpster on the premises, but no internal electronic components that would store data, such as a hard drive, were found either in the dumpster or elsewhere during the premises search.

11.     Finally, as part of my review of the evidence in this matter, I have reviewed digital evidence linking the Defendant to the crimes, including records of searches the Defendant made on his government computer and audit logs, which reflect that the Defendant accessed and/or printed each of the charged documents or information.  Among the information I reviewed are recorded videos obtained from the Defendant's employer that show the Defendant accessing, reviewing, and printing certain of the charged documents and information from his Air Force workstation on the same day that the Defendant posted the classified information to the social media platform.

12.     My analysis, review, and observations described above do not reflect all my knowledge on this matter or all relevant information that I am aware of in this matter.

*          *          *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Luke Church
Special Agent, Federal Bureau of Investigation