IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant. | Criminal Nos.  23-10159-IT |

**JOINT INITIAL STATUS REPORT AND**
**MOTION TO CANCEL STATUS CONFERENCE**

The defendant is charged by indictment with six counts of willful retention and transmission of national defense information, in violation of 18 U.S.C. § 793(e). The defendant was arraigned on the indictment on June 21, 2023. The Court set an initial status conference for August 9, 2023.

Pursuant to Local Rule 116.5(a), the government submits the following status report, having conferred with, and received assent from, counsel for the defendant.

1. **Automatic and Additional Discovery and Discovery Requests**

The government has produced unclassified automatic discovery to the defendant. The government is in the process of loading additional discovery onto an electronic database, which will facilitate the production and review of that material. The defendant has not made any formal discovery requests.

2. **Timing of Additional Discovery Requests**

The defendant cannot anticipate the timing of any discovery requests until he receives the government's second production. The defendant reserves the right to make discovery requests upon receipt of that material.

**3. Protective Orders**

The Court has entered a protective order governing classified information. No further protective order is necessary.

**4. Pretrial Motions**

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). He reserves the right to file after additional review of the discovery.

**5. Timing of Expert Disclosures**

The Court has not yet established a date for expert witness disclosures. While the parties anticipate that expert witnesses may testify at trial, the parties believe it is premature to set a deadline for expert disclosures at this time.

**6. Excludable Delay**

Zero days of non-excludable time have accrued.

**7. Timing of Interim Status Conference**

The Court should set an interim status conference in approximately forty-five days. During this period, the government expects to make an additional production of unclassified discovery to the defendant. The parties respectfully request that the Court waive the Initial Status Conference, set for August 9, 2023. Finally, the parties jointly and respectfully request that the Court exclude the time from August 9, 2023 (the date of the scheduled Initial Status Conference), through the date set for the interim status conference, pursuant to the provisions of the Speedy Trial Act,

specifically, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and Defendants in a speedy trial.

August 4, 2023                                      Respectfully submitted,

                                                    JOSHUA S. LEVY
                                                    Acting United States Attorney

                                                    /s/ *Jared C. Dolan*
                                                    NADINE PELLEGRINI
                                                    JARED C. DOLAN
                                                    JASON CASEY
                                                    Assistant United States Attorneys

                                                    MATTHEW G. OLSEN
                                                    Assistant Attorney General

                                                    /s/ *Christina A. Clark*
                                                    CHRISTINA A. CLARK
                                                    Trial Attorney
                                                    National Security Division

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                    /s/ *Jared C. Dolan*
                                                    Jared C. Dolan
                                                    Assistant United States Attorney

August 4, 2023