UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 23-10159-IT<br>JACK DOUGLAS TEIXEIRA, )<br>)<br>Defendant )<br>)<br>) | |

### REPORT IN LIEU OF INITIAL STATUS CONFERENCE
### PURSUANT TO LOCAL RULE 116.5(a)

August 9, 2023

In this case, Defendant is charged in an indictment with six counts of Willful Retention and Transmission of National Defense Information, in violation of 18 U.S.C. § 793(e). Defendant was arraigned in person on June 21, 2023. I scheduled an initial status conference for August 9, 2023 in Worcester. However, prior to the conference, the parties filed a joint memorandum which obviates the need for the conference. Accordingly, I cancel the conference and report as follows:

**Local Rule 116.5(a)(1) through (4)**

The United States reports that it has produced unclassified automatic discovery to the defense. The United States is loading additional discovery to facilitate Defendant's review of such materials. There are no pending discovery requests. Defendant requests additional time to review discovery and make discovery requests. The Court has entered an order protecting disclosure and handling of classified information.

**Local Rule 116.5(a)(5)**

Defendant is directed to report after review of discovery whether, based on such review, Defendant will file pretrial motions pursuant to Fed. R. Crim. P. 12(b).

**Local Rule 116.5(a)(6)**

In the absence of a proposal from the parties, I will order the Government's expert disclosures, if any, be due thirty (30) days before trial, and Defendants' expert disclosures, if any, be due twenty-one (21) days before trial.

**Local Rule 116.5(a)(7)**

The Court has excluded the period from June 21, 2023 (the date of Defendants' arraignment), through August 9, 2023 (the date of the Initial Status Conference). The parties agree that the period from August 9, 2023 through the Interim Status Conference that I have set, at the request of the parties, for October 2, 2023 should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that five days (from the filing of the indictment on June 15, 2023 to the June 21, 2023 arraignment) are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

**Local Rule 116.5(a)(8)**

An Interim Status Conference will take place in this case on Monday, October 2, 2023 at 9:30 a.m., in Courtroom #16, Fifth Floor, Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts. If the parties file a joint memorandum that addresses Local Rule 116.5(b) which obviates the need for the status conference, the Court will waive the status conference. If the conference is held, Counsel shall appear by telephone and contact my Courtroom Clerk Dawn

King, (508.929.9905 or Dawn_King@mad.uscourts.gov) before the conference and provide a landline telephone number at which counsel can be reached.

/ s / David H. Hennessy<br>
David H. Hennessy<br>
United States Magistrate Judge