IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant. | Criminal Nos.  23-10159-IT |

**JOINT INTERIM STATUS REPORT AND
MOTION TO CANCEL STATUS CONFERENCE**

The defendant is charged by indictment with six counts of willful retention and transmission of national defense information, in violation of 18 U.S.C. § 793(e).  The defendant was arraigned on the indictment on June 21, 2023.  An interim status conference is scheduled for October 2, 2023.

Pursuant to Local Rule 116.5(b), the government submits the following status report, having conferred with, and received assent from, counsel for the defendant.

1. **Automatic and Additional Discovery and Discovery Requests**

The government has produced unclassified automatic discovery to the defendant.  The government is in the process of loading additional unclassified discovery onto an electronic database, which will facilitate the production and review of that material.  The defendant has not made any formal discovery requests.

2. **Timing of Additional Discovery Requests**

The defendant anticipates making a discovery request within the next two weeks.  Upon review of additional discovery, the defendant reserves the right to make additional discovery requests.

**3. Protective Orders**

The Court has entered a protective order governing classified information. No further protective order is necessary.

**4. Pretrial Motions**

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). He reserves the right to file after additional review of the discovery.

**5. Timing of Expert Disclosures**

The Court has not yet established a date for expert witness disclosures. While the parties anticipate that expert witnesses may testify at trial, the parties believe it is premature to set a deadline for expert disclosures at this time.

**6. Excludable Delay**

Zero days of non-excludable time have accrued.

**7. Plea Discussions**

The parties have not yet engaged in plea discussions.

**8. Timing of Interim Status Conference**

The Court should set a further interim status conference in early December 2023. The parties respectfully request that the Court waive the Interim Status Conference, set for October 2, 2023. Finally, the parties jointly and respectfully request that the Court exclude the time from October 2, 2023 (the date of the scheduled Interim Status Conference), through the date set for the further interim status conference, pursuant to the provisions of the Speedy Trial Act,

specifically, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and Defendants in a speedy trial.

September 18, 2023                                          Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

/s/ *Jared C. Dolan*
NADINE PELLEGRINI
JARED C. DOLAN
JASON CASEY
Assistant United States Attorneys

MATTHEW G. OLSEN
Assistant Attorney General

/s/ *Christina A. Clark*
CHRISTINA A. CLARK
Trial Attorney
National Security Division

### CERTIFICATE OF SERVICE

I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jared C. Dolan*
Jared C. Dolan
Assistant United States Attorney

September 18, 2023