IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant. | Criminal Nos.  23-10159-IT |

**ASSENTED TO MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE**

The United States of America, by and through undersigned counsel, respectfully moves the Court to continue the pretrial conference, currently scheduled for September 22, 2023, to December 21, 2023.

Since the last pretrial conference, all defense counsel have been notified that they are eligible for a security clearance.  Defense counsel anticipates completing the security clearance process by on or about September 22, 2023, which will allow them to review the classified discovery provided to date.  The government has made two productions of classified discovery so far and is actively reviewing additional material and assessing its discovery obligations with respect to additional classified information provided by multiple government agencies.  The government anticipates preparing to produce additional classified discovery in the coming weeks.  Based on the current status of classified discovery, the parties believe that it is premature to set any deadlines under the Classified Information Procedures Act and a continuance of the pretrial conference is warranted.

WHEREFORE, the Government respectfully requests that the Court continue the pretrial conference until December 21, 2023. Counsel for the defendant assents to this motion.

September 19, 2023

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

/s/ *Jared C. Dolan*
NADINE PELLEGRINI
JARED C. DOLAN
JASON CASEY
Assistant United States Attorneys

MATTHEW G. OLSEN
Assistant Attorney General

/s/ *Christina A. Clark*
CHRISTINA A. CLARK
Trial Attorney
National Security Division

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jared C. Dolan*
Jared C. Dolan
Assistant United States Attorney

September 19, 2023