IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant. | Criminal Nos.   23-10159-IT |

## JOINT INTERIM STATUS REPORT

An interim status conference is scheduled for December 11, 2023.

Pursuant to Local Rule 116.5(b), the government submits the following status report, having conferred with, and received assent from, counsel for the defendant.

**Local Rule 116.5 (b) (1) through (9)**

**1. Automatic and Additional Discovery and Discovery Requests**

The government has produced unclassified automatic discovery to the defendant. The government is in the process of providing additional unclassified discovery. The defendant has made additional formal discovery requests to which the government has responded.

**2. Timing of Additional Discovery Requests**

Since the last status hearing, the defendant has provided the government with discovery requests, the most recent being by letter on November 30, 2023. The parties are working collaboratively to address these requests, including disputes, and as such there are no issues ripe for presentation to the Court at this time. Mr. Teixeira continues to review the most recently provided unclassified discovery and anticipates making any additional request prior to the next scheduled status hearing.

### 3. Protective Orders

The Court has entered a protective order governing classified information. No further protective order is necessary.

### 4. Pretrial Motions

The defendant has not yet filed any pretrial motions under Fed. R. Crim. P. 12(b). He reserves the right to file after additional review of the discovery. The parties understand that the Court will set a motion schedule.

### 5. Timing of Expert Disclosures

The Court has not yet established a date for expert witness disclosures. While the parties anticipate that expert witnesses may testify at trial, the parties believe it is premature to set a deadline for expert disclosures at this time.

### 6. Defense of Insanity, public authority, or alibi

The defense requires additional time to ascertain whether he intends to assert any defense of insanity, public authority or alibi.

### 7. Excludable Delay

In the Court's Report after the Interim Status Conference filed October 5, 2023, the Court wrote that it "appears that five days (from the filing of the indictment on June 15, 2023, until the June 21, 2023 arraignment ) are chargeable against the statutory speedy trial clock. The government does not believe there is any other chargeable time.

### 7. Plea Discussions and Length of Trial.

The parties have not yet engaged in substantive plea discussions. If this matter proceeds to trial, the government believes that a trial, including selection of a jury, will be approximately two to three weeks.

**8. Timing of Interim Status Conference**

The parties respectfully request that the Court set a further interim status conference in approximately forty-five days. There is a hearing pursuant to section 2 of the Classified Information Procedures Act scheduled before the district court judge on December 21, 2023. The government expects that those proceedings may also impact any schedule set by this Court.

Finally, the parties jointly and respectfully request that the Court exclude the time from December 11, 2023 through the date set for further interim status conference pursuant to the provisions of the Speedy Trial Act, specifically, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and Defendants in a speedy trial.

December 8, 2023                                                  Respectfully submitted,

                                                                  JOSHUA S. LEVY
                                                                  Acting United States Attorney

                                                                  /s/ Nadine Pellegrini
                                                                  NADINE PELLEGRINI
                                                                  JARED C. DOLAN
                                                                  JASON CASEY
                                                                  Assistant United States Attorneys

                                                                  MATTHEW G. OLSEN
                                                                  Assistant Attorney General

                                                                  /s/ Christina A. Clark
                                                                  CHRISTINA A. CLARK
                                                                  Trial Attorney
                                                                  National Security Division

## CERTIFICATE OF SERVICE

I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Nadine Pellegrini*
Nadine Pellegrini
Assistant United States Attorney

December 8, 2023