UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )<br>                                                          ) Criminal No. 23-10159-IT<br>JACK DOUGLAS TEIXEIRA,       )<br>                                                          )<br>         Defendant                             )<br>                                                          )<br>_____) | |

**REPORT IN LIEU OF SECOND INTERIM STATUS CONFERENCE
PURSUANT TO LOCAL RULE 116.5(b)**

December 11, 2023

In this case, Defendant is charged in an indictment with six counts of Willful Retention and Transmission of National Defense Information, in violation of 18 U.S.C. § 793(e). Defendant was arraigned in person on June 21, 2023. I scheduled a second interim status conference for December 11, 2023. However, counsel filed a joint memorandum in advance which obviates the need for the conference and allows me to report as follows:

**Local Rule 116.5(b)(1) through (4)**

The United States has produced unclassified automatic discovery to the defense and is in the process of producing additional unclassified discovery. There are pending discovery requests, most recently made on November 30, 2023, and the parties are cooperating to address these requests. Defendant anticipates additional discovery requests. The Court has entered an order protecting disclosure and handling of classified information and an additional protective order regarding sensitive, non-classified information.

**Local Rule 116.5(b)(5)**

Defendant may be filing a motion to suppress evidence. I will set a motion schedule at the January 19, 2024 Final Status Conference.

**Local Rule 116.5(b)(6)**

In the absence of a proposal from the parties, I have ordered that the Government's expert disclosures, if any, shall be due thirty (30) days before trial, and Defendants' expert disclosures, if any, shall be due twenty-one (21) days before trial.

**Local Rule 116.5(b)(7)**

Defendant requests additional time to report whether he will raise defenses of insanity, public authority, or alibi.

**Local Rule 116.5(b)(8)**

The Court has excluded the period from June 21, 2023 (the date of Defendants' arraignment), through December 11, 2023 (the date of the second Interim Status Conference). The parties agree that the period from December 11, 2023 through the next Status Conference that I have set, at the request of the parties, for January 19, 2024 should be excluded under the interest of justice provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). I will allow that request and enter a separate written order. It appears that five days (from the filing of the indictment on June 15, 2023 to the June 21, 2023 arraignment) are chargeable against the statutory speedy trial clock. See Order of Excludable Delay entered on this date.

**Local Rule 116.5(b)(9)**

There have been no plea discussions. Trial would require two to three weeks.

**Local Rule 116.5(b)(10)**

A final status conference will take place in this case on Friday, January 19, 2024 at 9:45 a.m., in Courtroom #1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts. Counsel shall appear by telephone and contact my Courtroom Clerk Dawn King, (508.929.9905 or Dawn_King@mad.uscourts.gov) before the conference and provide a landline telephone number at which counsel can be reached.

_/ s / David H. Hennessy_
David H. Hennessy
United States Magistrate Judge
