IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| vs. | Criminal Nos.   23-10159-IT |
| JACK DOUGLAS TEIXEIRA | |
| Defendant. | |

**ASSENTED TO MOTION FOR CONTINUANCE OF PRETRIAL CONFERENCE PURSUANT TO SECTION 2 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America, by and through undersigned counsel, respectfully moves the Court to continue the pretrial conference, currently scheduled for December 23, 2023, to February 9, 2024.

Since the last pretrial conference, the government has made an additional production of classified discovery and is preparing to produce additional classified discovery this week. The government has also responded to classified (and unclassified) discovery requests from the defendant. The parties seek to have the pretrial conference after the date scheduled for the final status conference before Magistrate Judge Hennessy. At that point, the parties anticipate that discovery will be substantially complete such that it would be appropriate to use the February 9, 2023, date as a Pretrial Conference pursuant to Section 2 of the Classified Information Procedures Act and as an initial pretrial conference pursuant to Local Rule 117.1(a) if Magistrate Judge Hennessy has transferred the case with a final status report pursuant to Local Rule 116.5(d).

WHEREFORE, the Government respectfully requests, with the assent of defense counsel, that the Court grant the requested continuance.

December 19, 2023                                          Respectfully submitted,

                                                           JOSHUA S. LEVY
                                                           Acting United States Attorney

                                                           /s/ Jared C. Dolan
                                                           NADINE PELLEGRINI
                                                           JARED C. DOLAN
                                                           JASON CASEY
                                                           Assistant United States Attorneys

                                                           MATTHEW G. OLSEN
                                                           Assistant Attorney General

                                                           /s/ Christina A. Clark
                                                           CHRISTINA A. CLARK
                                                           Trial Attorney
                                                           National Security Division

## CERTIFICATE OF SERVICE

I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                           /s/ Jared C. Dolan
                                                           Jared C. Dolan
                                                           Assistant United States Attorney

December 19, 2023