IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JACK DOUGLAS TEIXEIRA<br><br>Defendant            . | Case No.   23-cr-10159-IT |

**JOINT MOTION FOR CONTINUANCE**

The parties write to jointly request a continuance of the final status conference scheduled for January 19, 2024.  The Government disclosed to the defense this week and last week additional non-classified and classified discovery that the defense needs to review prior to providing a final status report pursuant to Local Rule 116.5.  Without reviewing this additional discovery, the defense is unable to determine whether motion practice will be required related to non-classified discovery, or whether it intends to raise any of the defenses set forth in Local Rule 116.5(b)(7).  Additionally, the Government anticipates producing additional non-classified and classified discovery in response to discovery requests previously made by the defense.

The Court has calculated that five (5) days of non-excludable delay have accrued between the return of the Indictment and the defendant's arraignment.  The parties jointly request that the Court adjourn or continue the final status conference for an additional 30 days, or to a date thereafter that is convenient to the Court.  The parties further request that the Court exclude the time from January 19, 2024, through the date set for the resumption of these proceedings, pursuant to the provisions of the Speedy Trial Act, specifically 18 U.S.C. § 3161(h)(7)(A), because the ends

of justice served by taking such action outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

/s/ *Jason A. Casey*
NADINE PELLEGRINI
JARED C. DOLAN
JASON A. CASEY
Assistant United States Attorneys

MATTHEW G. OLSEN
Assistant Attorney General

/s/ *Christina A. Clark*
CHRISTINA A. CLARK
Trial Attorney
National Security Division

Dated:  January 17, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Jason A. Casey*
Jason A. Casey
Assistant United States Attorney
