IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No.   23-cr-10159-IT |
| JACK DOUGLAS TEIXEIRA | |
| Defendant. | |

## JOINT MOTION FOR CONTINUANCE

The parties write to jointly request a continuance of the final status conference scheduled for February 20, 2024. The Government continues to disclose non-classified and classified discovery that the defense needs to review prior to providing a final status report pursuant to Local Rule 116.5. Absent such review the defense is unable to affirm whether motion practice will be required related to non-classified discovery nor whether it intends to raise any of the defenses set forth under Local Rule 116.5(b)(7).

The Court has calculated that 5 days of non-excludable delay have accrued between indictment and arraignment. The parties jointly request that the Court adjourn or continue the final status conference for an additional 30 days, or to a date thereafter that is convenient to the Court. The parties further jointly and respectfully request that the Court exclude the time from February 20, 2024, through the date set for the resumption of these proceedings, pursuant to the provisions of the Speedy Trial Act, specifically, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by taking such action outweigh the best interest of the public and defendants in a speedy trial.

[signatures on page 2]

                                        Respectfully submitted,

                                        JOSHUA S. LEVY
                                        Acting United States Attorney

                                        /s/ *Jason A. Casey*
                                        NADINE PELLEGRINI
                                        JARED C. DOLAN
                                        JASON CASEY
                                        Assistant United States Attorneys

                                        MATTHEW G. OLSEN
                                        Assistant Attorney General

                                        /s/ *Christina A. Clark*
                                        CHRISTINA A. CLARK
                                        Trial Attorney
                                        National Security Division

Dated:  February 16, 2024

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed today through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        /s/ *Jason A. Casey*
                                        Jason A. Casey
                                        Assistant United States Attorney