UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:23-cr-10159-IT |
| | ) | |
| JACK DOUGLAS TEIXEIRA | ) | |

**DEFENDANT JACK DOUGLAS TEIXEIRA'S
SENTENCING MEMORANDUM**

**EXHIBIT B**

Judge Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Talwani,

My name is Dawn Dufault and I am writing to provide you with a first-hand view of my son Jack Teixeira's character, in the context of his current court case. As Jack's primary caregiver since birth, it is important to offer my perspective to not only counter the false characterization that the local and worldwide media have portrayed, but to give you a more accurate perspective on who he is as a person.

Contrary to the media and government depiction, I can attest that Jack does NOT have a long history of violence or making threats, in fact, he has no criminal history whatsoever. He had one incident as a sophomore in high school where his words were misinterpreted, and the situation was compounded by his lack of situational or social awareness in the moment. While this incident was fully investigated, and the findings were that he did not threaten anyone or anything, it still remains a point in time that he regrets and of which we as a family still have feelings of trauma over. The media has only reopened those feelings with their sensational and erroneous reporting of the incident. In reality, during the short time he's been on this earth, I have seen him grow into a remarkably intelligent, responsible, and thoughtful young adult.

Jack was a joy to raise; he's always been happy and curious, with a character and a sense of humor that entertained all of us from the time he learned to talk. From an early age, Jack exhibited an exceptional level of intelligence. I vividly recall his first word being "car," by age three, he could accurately identify many car models simply by the logo on their grill. We would often stroll through the parking lot of my daughter's softball games so that he could showcase this remarkable talent. To this day, his interests still involve cars. Before his arrest, he and my husband, his step-father, were embarking on a complete ground-up restoration of a 1970 Chevrolet Camaro.

Jack's intellectual curiosity extends well beyond cars. Throughout his life, Jack demonstrated immense curiosity and an insatiable thirst for knowledge. He cultivated a deep interest in all things military: planes, tanks, weapons, ships, and war strategy, often immersing himself for hours in books on these subjects. It was not uncommon to see him carry several encyclopedias in his backpack at once, which he intently perused and studied daily, at school, on vacation, and during downtime at home for several years.  If Jack wasn't studying these books, he would be talking incessantly about the content to anyone who would listen.

**Exhibit B at 1**

In his early teens, we visited a local military museum, and a group of younger, school-aged kids came in for a tour. Jack was looking at the Vietnam War section, and a young man asked about a gun in the display case. Jack explained each item in the display in detail, and then started talking about the finer points of the war, why we entered the war, how we left, and the personal and political ramifications on our soldiers, our country, and the world. The kids followed him around the museum, listening intently to what he had to say. Impressed, the curator stepped back and let Jack complete the tour with the group. We were proud to watch him lead the kids around the museum, taking the time to answer their questions carefully and patiently and with astounding factual knowledge.

In my experience with Jack, he has shown himself to be a dedicated, compassionate and caring individual who has actively participated in many Veteran-related community service events, assisted me in my business, and shows a general caring for others in need.

Together, we've traveled across the country for my nonprofit organization's mission to build specially adapted homes for our severely injured Veterans and their families. We've volunteered to plant thousands of flags in honor of all our fallen service members on Boston Common for another nonprofit in which I was involved. Jack was the kid you wouldn't find playing outside with the other kids during these events; he was inside, engaged in thoughtful conversations with the Veteran in the wheelchair or the military officers in the crowd. He cared; he wanted to know what they knew; he wanted to know about their experiences and thoughts on everything.  Often-times I would find him engaged and holding his own in great debates (always focused on military topics) with people many times his senior.

Jack enlisted in the Massachusetts National Guard at age 17, in his junior year of high school. He missed his high school graduation in 2020 because he was in Basic Training in Texas. On his 21st birthday, of all the things he could have chosen to do, Jack decided not to go to a bar, have an alcoholic drink, or go out "partying" as many young people do, he chose to go to a dinner movie theater with his stepdad and me. Jack has never been interested in engaging in alcohol, drugs, or other forms of "partying". His life revolved around work or gaming/online group discussions focused primarily on current and historical events and other interests.

Since being incarcerated, Jack has learned sign language. He acted as an interpreter for a deaf individual, assisted him with getting settled into the jail, helped him to communicate with staff and other inmates, and continues to assist with communications as needed.  He has helped another start to read and think about lessons found in the Bible in an effort to help improve his life and stay out of any further trouble.

**Exhibit B at 2**

Jack has always loved and cared for our family pets and asks about them every time we talk on the phone. He was willing to assist me in my business when I needed an extra hand, from delivering flowers or lugging boxes to working in my greenhouse. I received many glowing comments from my customers who interacted with him, always remarking on how polite, pleasant, and helpful he was.

His entire life, Jack has been relatively sheltered and protected, spending most of his free time with his large, extended family, venturing out only on family vacations and get-togethers and periodic business trips with his dad and me. He tried many but did not find team sports or school/civic clubs of interest I believe in large part, because from an early age, he was branded by his peers as different.  Socializing as typical kids and teenagers do wasn't part of his personality, he didn't take part in frivolous or silly conversations and behavior as most young kids do.  Jack's advanced language and serious demeanor always presented well beyond his years.  His singular interests combined with his proclivity for deep, intense, and lengthy discussion on those topics, as well as his periodic physical tics and lack of awareness of social norms made him a target for bullying and harassment for many years.  Except for a small handful of kind and caring kids, most of his peer group gravitated away from him.

After high school, when he started to venture out into the world by himself for military training, he worked to try to become more self and socially aware in an effort to better "fit in" with his peers. However, with the COVID pandemic in full swing during this important time, his opportunities to work on those skills were severely limited due to the constraints of the military's social distancing regulations. We expected that when Jack joined the military, he would truly find "his people" and benefit from the structure, discipline, and order that the military would bring, but that didn't happen.  The bullying and harassment continued by his peers at the base on Cape Cod where he was starting out his career.  Little did we know, at a time when he should have been mentored and monitored closely by his superiors, Jack was being thrown into a highly toxic work atmosphere, where military structure and discipline didn't exist, where policy and rules were not made a priority, and not one person stepped up to take a leadership or mentorship position to improve conditions there.  He never complained and we didn't know that every single day he went to work; 12 hours a day, was a painful and disillusioning experience for him as a young, first term Airman.

The past year of incarceration has been a true shock to his system, and I believe it wrenched Jack out of what I would consider a dream state of his small online community, a place where he finally felt regarded and respected by a group that wasn't his family.  While I

wasn't part of his online community, members have expressed their admiration and affection for him, noting his caring and leadership qualities.

With all that said, I firmly believe that Jack's character should be viewed in the light shined by people who have known him all his life. I know Jack deeply regrets his actions and is ready to accept his punishment for his part in this situation. While I understand the severity of his charges and the importance of ensuring justice, I implore you, Your Honor, to consider Jack's true nature and his unique challenges, as I have observed over the years.

Jack has enormous potential for future growth and positive contributions to society and has a strong desire to continue pursuing his higher education and career goals to support a successful future. His entire family is committed to supporting him in any way we can.

Thank you for your time and consideration of my perspective of who Jack is as a person and the potential he has for a successful future. Should you require additional information or clarification, please do not hesitate to contact me. Your diligence and commitment to justice are appreciated.

Dawn Dufault

The Hon. Indira Talwani
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Jack Douglas Teixeira

Dear Judge Talwani,

Thank you for taking the time to read my letter of support for Jack. I apologize in advance for my jumble of topics. I am not an educated man and have always had difficulty putting my words to paper. My name is Jack Michael Teixeira and I am Jack's birth father. I am a buyer for Cavicchio Greenhouse in Sudbury, MA and have been employed there for 20 years. I live in North Dighton, MA at my current residence and have lived here for over 30 years.

It is very difficult for me to describe Jack in just a few words. But I want to focus on my son and the true person that he really is. Not his case, or the way he is depicted in the media. Jack has always been a gentle and kind person. He was raised to be considerate of others and to always mind his manners and be polite to others. He would always run ahead of people to hold a door open, say thank you and your welcome to strangers. He is a happy kid with a great sense of humor that makes him shine when he is at his best.

When Jack was young he was very curious and observant of his surroundings. Jack loved his Papa and always looked forward to his "crazy" visits. When Jack was nine years old he noticed odd behavior from my father. I had to explain to him that his Papa had Alzheimers and describe the conditions and results of the disease. He was understanding and concerned, asking if there was anything he could do to help. I had to explain to Jack that there was nothing that could be done and we just had to support his Papa. I remember one night late into my fathers Alzheimer's fog when we took him out to eat. Jack noticed that his Papa was putting coffee creamer on his hamburger instead of ketchup. Jack immediately got up and helped my father. Jack reminded him that the creamer went in his coffee and ketchup went on his burger. He proceeded to help my father and calmly correct his actions before I reacted to the situation. When he was done helping he went back to his seat and continued to eat his dinner. That is a perfect example of Jack's character then and now. He is always willing to help others.

Another story that stands out to me was when Jack was thirteen years old. We went on a whale watch, it was cold and windy so we went inside the cabin of the boat to get warm on the way back to the docks. While we were sitting down two young girls were standing next to our booth as all the seats were taken. Jack stood up, offered the girls his seat and sat beside me. The girls thanked him and Jack instantly detected their accents. He asked them if they were from Germany. Both girls, blonde with blue eyes and strong accents said they were German students in the United States on vacation. Jack asked them where they were from and they told him their small town they lived in. Jack instantly said, "I know where that is". He then proceeded to tell the girls all he knew about their town, its location from Berlin and the historical significance of the town. The girls were amazed that he knew about their town and his knowledge of it. They asked how old he was and still could not believe someone so young could know about their town. For the next hour they talked about Germany, what the girls did, the food they ate and games they played. He asked many other questions regarding their culture and shared his knowledge of their country, too many questions actually. When we docked the girls followed us off the boat, Jack shook their hands and thanked them.

There are many stories that I can tell about Jack throughout his childhood and even currently as a young

man. Recently, Jack helped a deaf inmate by acting as an interpreter so he could communicate with correction officers and others in his unit. He just learned sign language in his short time at PCCF. Jack continues to show his intelligence and his willingness to be compassionate towards others.

Since Jack was young he has also always loved his pets and always slowed down to take time to play with them. Once he got his license he would come over to visit me. One of the first things he would do is take pictures of our cat Blu. He would then proceed to show me pictures of his dogs and cat. He would tell stories and explain what they did and how they were doing. He would tell funny stories of their behavior and the fun he had playing with them. When I would have to travel for work Jack would always take care of Blu. He would stop over to make sure Blu had water and food. He would spend hours hanging out and playing with him to keep him company even though he knew he only had to feed him.

One of the funniest statements I ever heard from Jack is when his mother and sister adopted a rescue dog they named Cherokee. Jack loved Cherokee right from the beginning. He was around nine years old at the time and was confused about the adoption. I asked him what he was confused about. He said to me " I don't understand why anyone would ever give up a dog that rescues people?" When I stopped laughing, I explained to Jack that he and his family rescued the puppy from an animal shelter. Cherokee didn't actually rescue people, they just called them rescue dogs because people rescued them. We both started laughing and he finally understood.

Jack has always been unique and stood out from other kids. His inability to make friends or want to make friends was difficult for Jack growing up. His passion for the military and its history did not help. Jack likes to talk about what interests him and is unable to pick up on social cues from others when they tire of his rants. I believe that is why Jack was so attracted to online groups and video games. He could disappear in his realm and he felt comfortable with the people and friends he made online. That is why I was so happy when I found out that Jack had decided to join the Air National Guard. This was an opportunity for him to get out to meet other people with similar interests. He would learn a trade, get structure and discipline that he could not get elsewhere. I was so proud of my son when I witnessed his swearing in. I was never more hopeful of his future before this time. Unfortunately, Covid took over as he graduated from High School and he entered bootcamp in 2020. He continued to be isolated at bootcamp and later when he had his technical training. Instead of a major change, things remained the same and Jack continued to be isolated and not get that exposure to his peers that I hoped for.

When Jack was assigned to the 102d Intelligence Wing I was once again hopeful that he would finally be trained in the IT field and take another step forward in his career and his life. Little did I know that this would not be the case. I was unaware of his treatment at the base and his return to a life of bullying and isolation. I believe this pushed him further into his online environment where he felt at home with "friends".

There is no excuse for what Jack did and he admits he was wrong. He was not forced to do the things that he did to get himself into the trouble that he is in today. He is remorseful and has accepted what he did and understands he is and will be punished for his actions. I have gone through a whirlwind of emotions since this all started on April 13, 2023. The worst was when Jack called me that afternoon minutes before he was arrested. We talked for a while and he started crying saying he was sorry and wished none of this ever happened. He wished he could just go back to playing video games in his room. We talked and we cried, I reassured him that I loved him and always would no matter what he did. (Jack never mentioned to me what he did even though I asked, he said I can't tell you anything dad.) I believe even in that time of extreme stress that my son was looking out for me when I should have been looking out for him.

While on the phone with Jack I made him promise he would not hurt anyone or himself. He promised me that he never would and that he never had any intention of ever hurting anyone. I explained to him that we

would get through this and no matter what I will always be here for him. I told him he has to accept whatever comes of this and that we would work through it together. He agreed and shortly after that, we had to hang up and he peacefully surrendered.

Jack has a large supportive family that has been with him since the beginning and we will be here for him until the end. He has his whole life ahead of him and we all plan on helping him build his future and get him back on his feet as soon as possible. Jack is an intelligent, caring young man. Prison will not benefit him or his future. The sooner he is released the sooner he can be a productive active citizen where we can nurture and help him recover from his mistakes. I am grateful for you taking the time to read my comments and hopefully this letter helps you better understand the true character of my son. I love my son more than life itself, he is all that I have and I will always be here to support him. Jack will forever carry the weight of his errors, but I believe he has learned from actions and can overcome this hurdle to reenter society and do good for himself and others..

Thank you!

Sincerely,

Jack Michael Teixeira

07/01/2024

The Honorable Indira Talwani
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Jack Douglas Teixeira

Dear Judge Talwani,

   My name is Danielle, I am Jack's sister. I am a nursing student and a surgical assistant for a large dermatology practice in Southern Massachusetts and Rhode Island. There are so many stories I could share with you about my brother. Him as a toddler cheering me on at every single one of my soccer or softball games; making my teammates go crazy over how adorable he was. Or him having the ability and knowledge to walk through a parking lot as a little kid and name every single car just by their emblem on the hood. He has always been the most polite and outgoing child growing up, greeting everyone with a big smile, making a point to ask their names and always trying to make people laugh. I could tell you about how my brother absorbs knowledge in a way I wish I could. I will even admit that as a college freshman, I had called my brother who was in middle school at the time, on more than one occasion, for help with my history homework.
   My mother did her best to give my brother and I everything she didn't have growing up. She made a significant effort in keeping the ugliness in the world from invading our young lives just as any good parent should. When my brother enlisted in the Air Force, he was still young, impressionable, and very naive to the ways of the real world. His world consisted of home life, school life, and video games; similar to many his age.This new venture after high school was the first real taste of responsibility Jack had experienced. By telling you this, I am in no way placing any blame on my mother but merely trying to paint you the picture of our home life growing up. She worked hard to provide us with the privilege to grow up having pets that taught us to love and care for others, a mother who encouraged us to explore interests such as clubs, sports, and hobbies, and a huge family that provided us with cousins to build friendships with.
   My brother has always been there for me when I needed him. He was the first one to be there when I needed help moving out of my apartment after my first big breakup. Lending a shoulder to cry on the whole ride home and then telling me to stop crying because everything will always be okay. He has never forgotten a birthday or holiday and I could always count on him to be there with a big hug and "I love you Sis" whenever I would see him. If he thought I was upset or feeling down he would go out into our mom's garden and pick me flowers to cheer me up. He would make goofy faces and tell jokes to put a smile on my face. I have watched Jack grow from an infant to a man, and despite the events that have led to me writing this letter, I am proud of the respectful, kind, and intelligent man he has become.
   I appreciate you taking the time to read my letter and getting to know Jack through the eyes of someone who has known and loved him his entire life. I would like to reiterate that Jack is one

**Exhibit B at 8**

of the most respectful, kind, and intelligent young men I have ever known. I understand the severity of this situation and would be very thankful for you to take my letter into account when making your decision.

Sincerely,
Danielle Curtis

August 9, 2024

Judge Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Talwani,

Thank you for allowing me to share my comments on my stepson, Jack Teixeira. This letter will give you a unique view of his personality and character. With this letter, I also aim to counter the harsh and often false characterizations I have seen the worldwide media write about him.

The Government and the media have depicted Jack as being this dangerous person with a long history of violence and making threats, and someone who had an "arsenal of weapons" next to his bed; this narrative makes for sensational headlines but is patently false. Did he own firearms? Yes. Jack legally purchased his firearms, which were legally contained in our home in a gun safe as per Massachusetts law. The pictures of multiple firearms shown in the news repeatedly from April 13, 2023, to date, which were allegedly Jack's "arsenal," were not firearms but toy guns. These pictures released to the media had "blazing orange" barrel end tips denoting a non-firearm per 15 CFR, s.s.1150.3, Approved markings. Again, these were toy guns under Federal Law and were portrayed as real firearms to paint a false picture of this young man.

The small nugget of detail the media has exaggerated to malign his character is based primarily on one incident when Jack was a sophomore in high school. This incident did not result in any charges being filed at all. He made no threats. Due to his lack of maturity and lack of situational awareness, he made inappropriate comments to friends during a time when a school shooting had just taken place in another state and emotions were running high at every school. Jack's inability to regulate his voice, pick up on social cues, and lack of situational awareness greatly contributed to this moment in time, which he deeply regrets. The media has used this incident as a baseline to define him still to this day.

Jack's interest in firearms dovetails with his deep interest in all militaria. This interest lends more towards the personality of a history buff who has extreme knowledge about firearms or Military equipment, for example, how and where the item of interest was manufactured, the metallurgy of the item, how long it was in service, how it was utilized, how to take it apart and put it back together again. The breadth of his interest was not limited to firearms; it was tanks, aircraft, ships, vehicles, the pieces, parts, and capabilities of each. The level of detail he had in his head was astounding, and he would talk about it at great length to anyone who would listen, which naturally put some people off or made them uncomfortable.

Jack was born in December of 2001 into a country at war. With many other family members besides myself involved with the Military, serving our country, and his mother, who was involved with several Veteran-focused nonprofits, Jack was exposed to people from all branches of the US Armed Forces, from 4 Star Generals to the lowest Private in the Army. I would consider this to be a considerable influence, to say the least, to start his interest in everything Military.

I established a relationship with Jack after being introduced by his mom in 2015. At the time, I was still on active duty and serving in the Air Force. My relationship with Jack was founded on our mutual deep interests in all aspects of Military history. Jack and I spent many hours in conversations years prior to Jack joining the Air Force about our mutual interests, and it is during these discussions that I witnessed that he tended to hyper-focus on a subject and would take the conversation sometimes to a "nano" or

overwhelmingly high level of detail and understanding. I always attributed this trait to a person at a high level of thinking. I have known people on this level for years in the Military, and these individuals were always in positions that complimented them because of their intelligence level and ability to focus intensely on a particular subject.

This ability to hyper-focus on a particular set of topics and be able to talk incessantly about them when you are in a group of likeminded peers might work when you are on the job, but when you are a school-age kid, it's considered odd and annoying by his peers. His inability to pick up on social cues or conform to social norms and his lack of situational awareness contributed to a low amount of social interaction outside his family. I rarely saw him interact face-to-face with kids his age, and people he considered his friends were always online.

He conveyed to his mother and me when we saw him for the first time after the events of April 13, 2023, that he had experienced extensive bullying and harassment at his job at the 102d Intelligence Wing and throughout his school years. Of this, his mother and I were never made aware by his school or Jack at the time that this was taking place when he was a minor child. As far as being bullied at work and it not being addressed, I would say it relates to the findings of the USAF IG Report that addressed a lack of adequate supervision as a contributing factor in all of this.

While I know Jack has taken responsibility for his actions and is extremely sorry for what he did, as a career Airman, I can't fully express the disappointment I feel that his first experience in the Military was adverse and detrimental to his future, when it should have been one of positive mentorship and strong guidance that could have mitigated this situation on the first instance of Jack being admonished, and not being allowed to continue to further admonishments that have led to the case at hand. We have been recently notified that the Air Force is bringing additional charges against him which could result in more time being incarcerated. How much flesh will the government as a whole take from this young man?

I do not profess to be a psychiatrist or qualified to diagnose, but I believe Jack's greatest challenge is that of being on the Autism spectrum. I have researched this extensively since the events of April 13th, 2023, and he exhibits many signs of High-Functioning Autism. This will not serve him well when he goes to federal prison. He does not pick up on most social cues, body language, or verbal nuances which will be a detriment. In a prison setting, this detriment, as it led to bullying in the past, will most likely bring on potential physical violence and create a potentially unjust environment for him in prison.

Your Honor, I implore you to consider the information in this letter and validate what I have stated. Jack made an unwise decision, but in my humble assessment it was not done with nefarious intent. I am still at a loss to understand what factors compelled him to make his decisions, but I know Jack to be a good and decent young man who had and still has the utmost future potential. I am confident that all the events that have taken place will forever change him. I do and will continue to support my stepson throughout this awful process with the hopes of mercy from you, Your Honor, and this Honorable Court.

Thank you for your consideration. If you require additional information, I stand ready to provide it to the Court.

Respectfully Submitted,

Thomas P. Dufault

8/12/2024

The Hon. Indira Talwani
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Jack Douglas Teixeira

Dear Judge Talwani,


My name is Noah Charles Salinas, I am an 18 year old friend of Jack Douglas Teixeira. I am a caretaker for my disabled Mother, a volunteer at my local Church, and a volunteer at an animal rescue.

I met Jack online back in late-2020 through a group of friends, almost instantly we became great friends, often chatting for hours on end about how our days were, our families, common interests, hobbies, and what the future holds for us. In our online friend group, we would all often be up all day communicating to each other and talking throughout the day, sending updates via our phones of our day to day lives. All of us getting a glimpse into each other's background, as many of us came from all walks of life, including different ethnicities, countries of origin, beliefs, and mindsets.

During the 2020-2022 years, I was in a rut, feeling stuck, tired, and alone in Nebraska. It wasn't until Jack starting pushing for me to try new things that I truly started to appreciate my life and become productive. It was due to Jack that I started working out, going to Church, doing more to help around the house, engaging in community cleanups, and volunteering where I could. As of now, I am studying for my NREMT *[National Registry of Emergency Medical Technicians]* as I wish to continue helping others.

In one specific instance I remember very clearly, during early-2021, as my Mother was recovering from her brain tumor and stroke, I had a strained relationship with both my Father and Brother, and I was being severely bullied in school, I felt like I was at the end of my wits. I was ready to give up, and one night I was having a break down, when I called Jack and explained my situation. Jack stayed up for hours calming me down, listening to me, giving me ways to help myself in this situation, and throughout all of that, he never once regretted being there for me. Before all the improvements Jack had helped me achieve in my life, I was on multiple medications and severely depressed. It was not until I had such a great friend such as him, an outlet for me to talk to, and to receive life improving advice from, that I truly started to work on myself and work on my future.

I truly value Jack's friendship that we've cultivated over the years, I could not have asked for a better friend, no matter the distance between us. He has always been there for me when I needed him, and I hope to always be a friend to him, even in hardship.

Respectfully,

Noah Charles Salinas

The Hon. Indira Talwani

United States District Judge

District of Massachusetts

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210


July 22,2024


Re:Jack Douglas Teixeira


Dear Judge Talwani,


This letter is being written on behalf ofJack Texeria, who I have known since our kindergarten days. Our personal connection, which is vastly different from his press coverage in this legal matter, has led me to write this letter. I hope that by sharing the depth of our relationship, I can offer you a different perspective that may soften your opinion of him.

I am Duncan Tarver, a plumbing apprentice by trade in my second year of work and school. I am the son of a 100% disabled United States Air Force Veteran. I do my best to help my mother manage the

responsibilities that fall to her, and I take on the bulk of the yard work since my older brothers have moved out. My maternal  grandmother lives here also. She does require some assistance as well that I do my best to help with. I am the middle son of 4 siblings. (older twin brothers and a younger sister.) Our parents Aaron and Michelle moved to Dighton about 18 years ago. It is the only home I have known. For about 5 years I enjoyed helping my mother at a charity plant sale to benefit Children's Hospital Boston that she ran at the Costco in Avon, MA every weekend for the month of May. I watered plants and was the cute kid who lured people in.Getting ready for the sale was a year-round project the whole family took part in, and we had great fun. Sadly, it ended when my mom suffered a workplace injury and was unable to continue. I enjoy running and hope to travel to unique places in the future.

My early friendship with Jack was very casual. We were just two kids eating glue in a kindergarten class together.  When we moved up to elementary school,  the kids started bullying Jack. Sometimes, it was over how he looked; at times, it was how he dressed or spoke, or for no reason. He tried hard to make more friends. However, when the abuse turned physical, I stepped in. Jack was too kind to defend himself against this, and I was not about to let this go on.

By middle school, due to the alphabet nature of things, our desks and lockers were near each other. That helped encourage our friendship to grow. We rode bikes together a few times a week. It was not a surprise to see Jack eating at our dinner table. At this time, I really noticed how single-minded he was about some things. As early as 6th to 7th grade, he knew he wanted to join the US Military. At this age, it was just dawning on me that I would grow up and need a job at all. Jack carried "The Book" on military weaponry everywhere! Plus, he studied it intently. This book was Jack's Bible and refuge. Soon, Jack could name every item in it and its capability, from the smallest handgun to the largest, most complex aircraft carrier.

Then came High School. We attend a regional school district (we live in Dighton, and the other town  involved is Rehoboth). The whole pecking order and social balance was upended as the teenagers of the two municipalities were forced together at one of the more delicate times of

our lives. What could go wrong? For Jack, in my eyes, everything. He still couldn't expand his social circle, and he had trouble getting a girlfriend. Again, he was the target of bullies and was misunderstood at every turn, especially by the new kids from Rehoboth. I was less available due to my own issues.  Through this, Jack remained a steadfast friend. Even running over at dusk one night with his dad's metal detector to find a screw in the lawn that had fallen off my dad's new lawn tractor. He was so ready to be at it for hours in ankle high grass, in the growing dark, with swarming mosquitoes looking for literally a needle in a haystack because my mom asked for help on Facebook. That is the Jack my family and I know.

I was one of the people who vouched for Jack to get into the Air Force. This was it, his dream was coming true! He was honoring the long military tradition in his family; I was happy to help. He was honest, truthful to a fault, kind, and helpful, of course I would vouch for him.

Jack was the type of friend who was always there for you even when our lives took different paths. I sincerely hope this letter helps you get to know my friend Jack the way I see him.

Regards,

Duncan M. Tarver

Judge Indira Talwani                                                                    March 28, 2024
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Talwani,

I, Darlene G. Lupien, write this letter of reference about my nephew, Jack D. Teixeira, with whom I have
the pleasure to know for his lifetime, to clarify and defend his good character.

I have the pleasure of knowing Jack personally and as a student of Twin Oaks Farm Learning Center,
where I was the Director. First, I would like to speak of Jack's younger years.

As a student at Twin Oaks Farm Learning Center, I had the pleasure of spending time with Jack, five days
a week Monday – Friday. He started in our infant program and remained with us until graduating from
our private kindergarten program. This allowed me the opportunity to observe him interacting with his
peers, their parents and teachers. Jack was well liked, friendly and played well with others. He
progressed normally through the stages of development without any concerns. Jack was always helpful
and kind with teachers and peers. He enjoyed being the classroom helper and all indoor/outdoor
activities.

The Older Jack, he enjoyed family gatherings with cousins, aunts, uncles, and grandparents. We are a
large family and can be a bit overwhelming at times. He would welcome everyone and help with
bringing in items from the car. Jack took the time to sit and visit with his grandparents showing interest
in their conversations.

I often observed Jack working to include the younger cousins that would usually be left out of a game.
He would take the time to explain the rules and encourage them to do their best. If there was a
squabble, Jack would be the one to act as the peacemaker between everyone to get the game back on
track.

While considering what Jack's future will look like, I ask you to please ignore the sensational and false
narratives put forth by the media and consider his true nature as I have observed over many years. Jack
is a good kid, he cares about his family and others, and was a young man just starting out on his life
journey in the military. He has much more to contribute to society if given the chance.

Thank you for the opportunity to give this testimony of how Jack and his moral qualities have
contributed to the overall quality of our family.  Jack has my full support now and always.

Best Regards,

Darlene G. Lupien

**Exhibit B at 17**

08/14/2024

The Hon. Indira Talwani
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Jack Douglas Teixeira

Dear Judge Talwani,

I am writing to you today as Jacky's paternal aunt. I have two grown daughters of my own, who live less than an hour away. My youngest daughter died at one year of age from a genetic disease. I am a retired MA Department of Correction training administrator, and currently, I teach part-time at a local community college. I have been a Town Meeting rep, for the town of Stoughton for 9 years now, and love to go camping, read, and garden among other various hobbies in my spare time.

I have known Jacky since he was born and remember well, holding him in the hospital, as I saw the joy on my brother's and his mom's face. Our own mom had passed away just a year before and I recall thinking how she would have loved to have met this little boy. Our dad tried to make up for it, because he and Jacky were like two peas in a pod. They very much shared looks, personality, and a quirky, witty sense of humor. Both liked to laugh and shared that right up until the last time they were together. I have a great picture of the two of them at my dad's last Christmas, both laughing and hugging. My daughters and I would often comment after spending time with Jacky, how much he reminded us of my dad, who they all called 'papa'.

As Jacky grew, he struggled with reading a bit in school, but his teachers advised to let him read what he liked. So, he would 'study' cars, makes, their decals, tire hub caps and the symbols on them. At my house in the summer as just a young boy, he'd impress friends by being able to quickly identify all the cars that drove by. Later, as he got older, he started reading about planes and helicopters, some historical in origin and could tell you all about them, just from the picture. These books were not the typical Christmas presents for a 10-year-old boy. Yet, he loved learning and could even point out if the planes were flown in World War I or II, or how high one could fly and why/why not. It was always fascinating to listen to the stories he'd tell us.

One of the reminders that hits me nearly every day is the tree in my backyard that I planted with Jacky. I sometimes just stand looking at that tree and thinking of all those years that have passed. He visited with his dad one weekend and while out in the yard with me, he showed me a small red maple tree that had sprouted in the ground beneath the larger tree. It was no more than a few inches tall. He said 'aunty, do you know this baby tree came from one of those helicopter seeds that fell into the dirt and grew into this little tree?' He explained if the tree was planted in real dirt, it would grow into a big tree just like the one we stood under. So, I said, well let's go plant it now and see what it does. We planted it in a plastic cup, and I took care of it. Over the years, that little tree grew. Of course, Jacky grew right along with the tree, but I would show it to him when he'd visit and would replant it from time to time in a larger pot. Then I sold that house back in 2011 and moved 20 miles north to a new home, but that tree came with me to be planted in my back yard, where it still is today. It's now about 9 feet tall, a bit thin and lanky, but with beautiful color. It reminds me of Jacky every time I look at it. And that little boy who wanted to teach me how trees came from seeds.

As Jacky prepared to graduate high school, I was excited to hear his plans for returning for a college degree. Given I have been teaching college part-time for twenty years, we had many lively conversations about school, aid, programs and what his hopes and dreams were. I was very proud of him when he told

me he had started school. My hope is that Jacky will one day be able to finish his degree.

In conclusion, I will say that Jacky's absence has left a huge hole in all our lives, none more than my brother's. It hurts to see his pain and to know that Jacky cannot be a part of the everyday things we do and those special celebrations we have throughout the year. At 66 years of age now, it is extremely painful to me to think I may never get to hug my nephew again, as did that first night in the hospital, many years ago.

I thank you for your consideration in reading my statement.


Respectfully,

Sandra Sousa

August 15, 2024

The Honorable Indira Talwani
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

      Re: Jack Douglas Teixeira

Dear Judge Talwani,

I am the first cousin of Jack Teixeira – or as I know him "Jacky." My mother and Jacky's father are siblings. I am an attorney licensed to practice in Massachusetts and Rhode Island since 2007. I have been a partner at the law firm of Bianchi Brouillard Sousa & O'Connell, P.C. in Providence, RI since 2011. My practice focuses primarily on business transactions and civil litigation. In my free time I enjoy sharing experiences with family and friends and traveling.

I have known Jacky since he was born. I remember when his mom was pregnant with him. We were all very excited since it was the first child for my uncle and he was the baby of the family. All of the other cousins in our family were a bit older. We doted on Jacky during his early years and I watched him grow from a precarious young boy into a young man eager to start bootcamp and then college. Over the years we had many visits and family holidays. Jacky's smile could light up any room and we were always laughing even sometimes when we were laughing at Jacky (who took it all in stride). Jacky has always reminded me so much of our grandfather. Our "papa" was diagnosed with dementia and passed away in 2011. I remember the Christmas before he passed away how patient Jacky was when papa would tell the same stories over and over again. Jacky would listen intently. Jacky has brought so much joy to our family over the years and I feel honored to have shared those experiences with him.

Once Jacky began working and going to college, he started inquiring about what to do with his money and how to invest. I own several investment properties and shared my experiences with Jacky and how I wished I had started investing when I was much younger. Jacky was looking toward the future and I was excited to see what that future held for him.

Jacky's absence is felt at every family gathering and every holiday. It is heartbreaking that he is not a part of our everyday lives and to see how that absence has impacted my uncle. I hope there is a day when our family can be reunited and we can once again look forward to a future together. Thank you for your consideration.

        Respectfully,

        Theresa L. Sousa

**Exhibit B at 20**

08/15/2024

The Hon. Indira Talwani
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Jack Douglas Teixeira

Dear Judge Talwani,

I am Jacky's cousin (from my mom's side of the family).  I currently work as a Customer Supply Chain Manager at Procter & Gamble (Gillette Co) and live in Attleboro, Ma. I recently purchased my own home in this area, and this has been an exciting time getting settled.  In my spare time, I love to travel, long beach days, reading and a new hobby - I am getting into is gardening.

As I have family gatherings at my new home, I can't help but feel the absence of Jacky and how much joy he would have gotten helping me out around here.  Setting up all the new gadgets that I struggle with, he would have known what to do to help me.  He is so knowledgeable in the small, detailed things, that are hard for others at times.  And with my yard, he would have enjoyed helping me along with his dad in their spare time.

Jacky always reminded me of our grandfather.  Our grandfather was older when he was born, but they were two peas in a pod.  He was a storyteller and as Jacky grew up, he did the same.  Dementia started to take my grandfather from us, but Jacky still listened and told stories (even though I am not sure he knew much towards the end).  I loved hearing Jacky's stories about his travels with his dad (my uncle), about his experience in training and bootcamp and then conversations about his future.

Jacky was always an inquisitive kid but would crack a joke at the same time.  His birthday is close to the Christmas holiday so at times we would share the celebrations.  He always made sure that we did separate celebrations on the same day.  Birthday gifts and Christmas gifts – they had to be separate.  A running joke that we had was that my mom always included receipts – even for gift cards.  I still hear him laughing about a receipt for a Dunkin Donuts gift card.

Jacky's absence has left a huge hole in our lives. It hurts to know that he cannot be a part of the everyday things we do and those special celebrations we have at various times throughout the year.  He is deeply missed at these holidays and milestone events – a piece of our family is missing.  I truly look forward to the family gathers again – celebrating life's milestones together.

I thank you for your consideration in reading my statement.

Respectfully,

Jennifer Sousa

August 2, 2024

The Hon. Indira Talwani
United States District Judge
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Jack Douglas Teixeira

Dear Judge Talwani,

I am Jack Teixeira's Aunt. I'm a realtor in central Massachusetts, and I live in Westminster. I am the parent of two adult children, one of whom lives in town and the other in the Iowa area. We have lived in Massachusetts our entire lives. We attend a local church and have been volunteering for many years to raise money for our local veterans in need.

I have known Jack since he was born and have had many interactions with him throughout his life. Jack has always been a caring individual with a deep passion for planes, tanks, and anything mechanical. He would talk with us often at get-togethers and always wanted to share the latest plane that he was learning about.  He carried around a dog-eared aircraft encyclopedia for years.  Jack would talk about the many facts about every plane in the book, we were always amazed at how many tiny details he knew about all of them.  It was his goal to show us how amazing the planes were even if we previously had no knowledge or interest.

My daughter and I were talking about Jack, and she recounted a time when the family was together for the holidays. She and Jack had a lengthy conversation about a wide range of topics he was reading and thinking about. She made a point to tell me about how interesting he made it sound and how intelligent he was.

When Jack joined the Military it was a natural transition for him with his passionate interest in old and new, planes, tanks, guns, and all things military. He was so excited to enlist in high school and have the opportunity to follow the path of his step-father, cousins, uncles, and grandfather and truly be part of the US Military.

I understand the seriousness of his actions and know that he has taken responsibility for them. Prison is a place people go to languish, Jack is still a young man, and I believe he will make great contributions to the world if given the chance to do so.  I love Jack and will be there to support him whenever he needs me now and into the future.

I am truly grateful for the opportunity to share a bit about Jack. Thank you for considering my perspective.


Respectfully,

Doreen Lewis

# CHARACTER REFERENCE LETTER

Judge Indira Talwani
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Talwani,

I, Denise Hamlin, have lived in Maine since 1986. I raised my family here and worked in the public school system for 20 years as either a Special Education administrator or Superintendent of Schools. I also worked as a Director of a Residential Treatment and DayTreatment facility. My career has led me to provide educational program support and mental health services for children and families. I am retired living full time with my husband in Milo Maine. I am writing this letter of reference about Jack Teixeiria, my nephew and the son of my youngest sister. In order to clarify and defend his good judgment/character, I would like you to understand the family dynamics.

Ours is a very close family. Over the course of 21 years Jack grew up with his grandparents, 14 aunts and uncles,16 cousins, and 19 second cousins. He spent endless hours with family. He is a sweet, kind, and considerate young man. Often taking the additional time to help the younger cousin and second cousins learn to ride bikes, swim, ride motorbikes or slide in the snow.  Family weekend togethers was a weekly event with cousins and grandparents. Jack's family lived within an hour from each other forging a solid network of support.  He has always been a hard worker, intelligent and looking to learn new things. Jack's is an active member, always participating in such events. As he grew, frequent trips to our summer camp in Maine further provided this family connection.

 Jack is bright, articulate and a high achiever. His work ethic demonstrated numerous qualities as a valuable person and enthusiastic member of  our society. In addition to this, I have observed him over the years as a family member and professional who worked with children and families. While Jack's social network was primarily made up of family, his quirky behavior seemed to reveal itself with reduced social interaction with peers of the same-age peers and increased fascination with the online world. It was difficult to pull him away from online networks, groups, games and chats.

One downfall of having such a close family network is that quirky behavior of a child can be easily overlooked as just a bad day or a comment such as " that's just Jack".  It is difficult for a family member to tell another that their child is different. Socially he began to struggle outside of the online forum. His face to face social relationships became few. The obsession and compulsions for the online games became evident at the end of  high school.  He seemed to use the gaming world as a social network. As a family member of such a sweet and kind person I understand how he wrapped himself in the online world which was separate from the actual realities of life. It's not an excuse for his behavior but an understanding of how events could have unfolded that led him to take documents to impress his online gamers. I understand that he must face consequences for his behavior and how it impacted the military and national security. I ask that the court take into consideration the good person he is, not the stupidity he displayed that led to his situation.

Under this pretext, I strongly advocate for Jack Teixeira as an active member of society. Given his kindness and consideration for others, and his family involvement. Please accept my testimony for Jack Teixeira and his mental and moral qualities, and I hope you consider this reference letter when determining the outcome of this case.

Due to the intense media scrutiny of this case, I have omitted my personal information from this document. Should you need to reach me I have left my contact information with Jack's legal team. In case you need any further information, please, do not hesitate to contact me.


Best regards,

Signature _Denise Hamlin_ Date: _____July 8, 2024_____

Print Name _Denise Hamlin_____

Address _____ City _____ State _____

Telephone _____

E-Mail _____