UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                     ) | No. 1:23-cr-10159-IT |
| ) | |
| JACK DOUGLAS TEIXEIRA            ) | |

**DEFENDANT JACK DOUGLAS TEIXEIRA'S
SENTENCING MEMORANDUM**

**EXHIBIT C**

**(Filed Under Seal)**