UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK DOUGLAS TEIXEIRA,<br><br>Defendant | CRIMINAL No.23-10159-IT |

## GOVERNMENT'S EXHIBITS

Pursuant to the Court's Standing Order, the government submits the following exhibits in support of its Sentencing Memorandum

Exhibit 1 – Declaration of Hon. Frank Kendall III, 26th Secretary of the Department of the Air Force

Exhibit 2 - Declaration of FBI Special Agent Luke Church

Exhibit 3 – Certificate of Completion – Unauthorized Disclosure of Classified Information and Controlled Unclassified Information

Exhibit 4 – Student Guide – Unauthorized Disclosure of Classified Information and Controlled Unclassified Information

                                          Respectfully submitted,

                                          JOSHUA S. LEVY
                                          Acting United States Attorney

                                          /s/ *Jared C. Dolan*
                                          NADINE PELLEGRINI
                                          JARED C. DOLAN
                                          JASON CASEY
                                          Assistant United States Attorneys

                                          MATTHEW G. OLSEN
                                        Assistant Attorney General

                                        */s/ Christina A. Clark*
                                        CHRISTINA A. CLARK
                                        Trial Attorney
                                        National Security Division

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */S/ Jared C. Dolan*
                                        JARED C. DOLAN
                                        Assistant United States Attorney