**Statement of Harm**
*United States v. Jack Teixeira*

### (U) Introduction and Summary

(U) I submit this Declaration for the Court's consideration in advance of the sentencing of Airman First Class Jack Douglas Teixeira ("the defendant"), who has pled guilty to six counts of willful retention and transmission of national defense information, in violation of 18 U.S.C. § 793(e). Although I cannot, in an unclassified statement, address the classified nature and extent of the damage that the defendant's actions caused, the purpose of this declaration is to confirm for the Court that the defendant's unlawful conduct caused exceptionally grave and long-lasting damage to the national security of the United States.

### (U) Overview of my Qualifications and Experience

(U) I am the 26th Secretary of the Air Force. I am responsible for organizing, training, and equipping the Department of the Air Force, including the U.S. Air and Space Forces. I have over 50 years of experience in engineering, management, defense acquisition, and national security affairs across private industry, government, and the military. My duties include responsibility for Air and Space Force organizations and personnel, including the organizations and personnel most significantly impacted by the defendant's unlawful conduct.

### (U) Impact to the U.S. Air Force and U.S. National Security

(U) At an unclassified level, I can confirm that the defendant's unauthorized disclosure of Top Secret information has caused exceptionally grave damage to U.S. national security and has imposed heavy costs on the United States. As an Airman First Class Cyber Defense Operations

Journeyman, the defendant was granted a Top Secret security clearance to provide technical support to members of the 102d Intelligence Wing, whose mission included providing worldwide intelligence and combat support to the U.S. Military. The defendant took an oath to support and defend the Constitution of the United States and to obey orders according to law and regulation. He was entrusted with safeguarding critical classified national security information to which he gained access by virtue of his position. The defendant, through his multiple unauthorized disclosures, repeatedly and egregiously violated that trust, violated his oath, and his actions critically and negatively impacted the Department's mission success and the U.S. national security.

(CUI) The information that is now publicly available as a result of Airman First Class Teixeira's intentional actions and unauthorized disclosure relate to multiple categories of information set out in Executive Order 13526,[1] including military plans, foreign government information, intelligence activities, sources and methods, foreign relations, and vulnerabilities and capabilities of systems. I have reviewed the documents the Defendant knowingly released and highlight the far-reaching scope of the classified and national defense information that the Defendant knowingly and dishonorably exposed. Based on my review of the material, his actions directly aided our adversaries, damaged our alliances and partnerships, and degraded the trust our military shares with the American people and the rest of the world. The damage the defendant's unauthorized disclosures caused were both immediate and enduring and will

---

[1] Executive Order 13526 prescribes a uniform system for, among other things, classifying and safeguarding national security information. The Executive Order includes multiple categories to which classified information must pertain.

continue to impact the U.S. national security not just for weeks and years, but for decades to come.

(U) As just one example of the harm that the defendant's actions caused, in the immediate aftermath of the defendant's unauthorized disclosures and as a direct result of those disclosures, there was an operational pause to the Distributed Ground Station mission in Massachusetts where the defendant worked. This operational pause of more than 370 military, civilian, and contractor personnel rendered the organization unable to perform its critical mission to provide intelligence, surveillance, and reconnaissance analysis to warfighters, supported leaders, and combatant commanders around the world. Among the missions they were unable to perform was providing advance warnings of an enemy attack for service men and women that are in a combat environment. The Department required military and civilians to work overtime at other locations to minimize the impact to combat forces; those personnel bore a direct and immediate personal cost based on the defendant's actions. Due to the 102 Intelligence Wing's specialized regional focus, it took weeks to rebuild expertise that members of the 102d Intelligence Wing had developed and maintained to support warfighters, leaders and combatant commanders.

(U) The defendant's actions will also have enduring effects on the Air Force more broadly, including on recruiting and attrition. Personnel who should be working recruiting and retention issues were diverted to investigative actions and remedial measures. The time and resources of those personnel would have been better spent working their primary mission. This is time and money we cannot get back, which should have remained focused on defending the Nation.

(U) In choosing to unlawfully disclose the nation's most highly classified information on the internet, where it became available to our adversaries around the world, the defendant not only betrayed the trust of our Nation, but also the trust our allies and partners place in our Airmen when they share their information and intelligence with us. His release of information regarding, among other things, the provision of equipment to Ukraine, including how the equipment would be transferred, and how the equipment would be used upon receipt put the lives of allies and partners at risk to potential adversary attack. His action gives allies and partners pause before sharing future information, efforts and military planning for coordinated support to Ukraine. Time and effort of leaders across the Department were required to restore trust and mend damaged relationships with allies and partners, instead of building upon efforts to deter and counter the actions of our adversaries.

(U) The defendant also violated his oath as a U.S. Air National Guardsman to support and defend the Constitution against "all enemies, foreign and domestic." His release of a government document discussing a plot by a foreign adversary to target U. S. forces abroad impacts our ability to protect other military forces by providing our adversaries insight into the sources and methods we use to inform our protection of those forces. While I have highlighted the ramifications and impacts of a few of the specific charged documents as part of the plea agreement, the defendant has acknowledged his relevant conduct was an expansive violation of trust and his oath.

(U) To further articulate the enduring harm the defendant caused, three senior officials from the Department of the Air Force have each submitted a classified declaration providing additional details on the impact of the defendant's actions to the United States Air Force and U.S. National Security. Those individuals represent: (1) the Deputy Chief of Staff for Intelligence,

Surveillance, Reconnaissance and Cyber Effects Operations, (2) Air Combat Command, and the (3) Office of the Administrative Assistant. I have reviewed their declarations and concur with the facts as stated and the conclusions reached by those declarants. I urge you to strongly consider the significant harms the defendant caused to the United States Air Force, the Department of Defense, and U.S. National Security when making your sentencing determination.

\*    \*    \*

(U) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Honorable Frank Kendall, III
26th Secretary of the Department of the Air Force