

USAO-000642