UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK DOUGLAS TEIXEIRA,<br><br>Defendant | CRIMINAL No.23-10159-IT<br><br>**FILED *IN CAMERA*<br>AND UNDER SEAL** |

## CLASSIFIED SUPPLEMENT TO GOVERNMENT'S POSITION ON SENTENCING

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Jason A. Casey*
NADINE PELLEGRINI
JARED C. DOLAN
JASON A. CASEY
Assistant United States Attorneys

MATTHEW G. OLSEN
Assistant Attorney General

/s/ *Christina A. Clark*
CHRISTINA A. CLARK
Trial Attorney
National Security Division

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

                                      */s/ Christina A. Clark*
                                      CHRISTINA A. CLARK
                                      Trial Attorney

Date: October 29, 2024