UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v.                             )     No. 1:23-cr-10159-IT<br>)<br>JACK DOUGLAS TEIXEIRA  ) | |

**Filed with the
Classified Information
Security Officer
CISO: Noble
Date: October 29, 2024**

**CLASSIFIED SUPPLEMENT TO
DEFENDANT JACK DOUGLAS TEIXEIRA'S
SENTENCING MEMORANDUM**

Brendan Kelley
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
brendan_kelley@fd.org

Michael K. Bachrach
Law Office of Michael K. Bachrach
224 West 30th Street, Suite 302
New York, New York 10001
(212) 929-0592
michael@mbachlaw.com

Dated: October 29, 2024                              *Attorneys for Defendant Jack Douglas Teixeira*

## Certificate of Service

      I, Michael K. Bachrach, hereby certify that The Defense has filed its Classified Supplement to Defendant Jack Douglas Teixeira's Sentencing Memorandum with the Classified Information Security Officer for service by hand to the Court and Government on October 29, 2024.

Date:  October 29, 2024                                                             */s/ Michael K. Bachrach*
                                                                                                              Michael K. Bachrach